# KERLEY, WALSH, MATERA & CINQUEMANI, P.C.

BRIAN P. KERLEY
JEFFREY G. WALSH
ROSEMARY CINQUEMANI
GLENN J. MATERA
JEFFREY M. Di LUCCIO
PATRICK J. SHELLEY
STEPHEN E. RACH II
ROBERT K. LAPPING
TIMOTHY M. SHELLEY
KERRI E. LEVY
MICHAEL JANES
HEATHER L. AQUINO**
BRETT J. MILGRIM
ARGIRO DRAKOS
STEPHANIE A. JOHNSTON
CARL J. SCHAERF**
CAROL N. KOTSINIS**
GARY N. SMITH***
STEVEN J. KIM*
JOY WODA SCHNEIDER

**2174 JACKSON AVENUE
SEAFORD, NEW YORK 11783
(516) 409-6200
FAX (516) 409-8288**

200 SHEFFIELD STREET, SUITE 208
MOUNTAINSIDE, NEW JERSEY 07092

555 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10017

*REMIT ALL RESPONSES TO THE
SEAFORD OFFICE

FARIJE FREILICH
ANGELA M. SANTORUFO
**JOHN P. IANNONE, JR.
**JONATHAN R. JANOFSKY
MICHAEL A. GRAZIO
ROBERT O. PRITCHARD
VANESSA M. COSTANTINO
ZACHARY S. GOLDMAN
*MORGAN J. WILLIAMS
EMMA N. CAREY
MICHAEL ABRAMOWICZ

OF COUNSEL

KATHLEEN LINDSAY, R.N.
*THOMAS J. DECKER
KRISTEN SPOEREL

*Admitted in NJ
**Admitted in NY and NJ
***Admitted in NY, NJ and PA

January 7, 2026

Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Attn: Judge Katherine Polk Failla

Re:     Erika Martinez v. Hub Group Trucking, et al.
        Docket No.: 25 cv 9561 (KPF)


Dear Judge Failla:

I represent Hub Group Trucking in the above matter. We just timely removed a related case by the adverse driver, Inmaculada Martinez, it bears index number 26 cv 0095.

There is a conference scheduled for January 13, 2025, at noon. I have proposed to all counsels that we seek to adjourn the conference pending the assignment of the newly removed matter. Counsel for all parties have indicated consent.

We respectfully seek an adjournment.

Thank you in advance for your consideration of this application.

Respectfully submitted,

*Carl Schaerf*

CARL J. SCHAERF (CJS 5031)

The Court has accepted Case No. 26 Civ. 95 as related and referred both cases to mediation.  (*See* Dkt. #10).

In light of this development, the initial pretrial conference currently scheduled for January 13, 2026, is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:     January 9, 2026        SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE